Núm. 9847.—Pueblo, apldo. v. Tirado, aplte.—C. D. San Juan.
Hurto mayor. Febrero 4, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

Por cuanto, el Fiscal solicitó por moción de diciembre 28, 1942, notificada al apelante y vista en febrero 1 actual, la desestimación del recurso en este caso por abandono consistente en haberse limitado el apelante a interponerlo en junio 9, 1942 sin dar un solo paso más para perfeccionarlo, y

Por cuanto, el apelante envió un escrito manifestando en resumen que si había procedido de tal modo lo era porque desconocía los requisitos exigidos por la ley para perfeccionar su apelación, siendo además insolvente, sin familiares ni amigos que pudieran ayudarlo, por todo lo cual pedía que se le diera una oportunidad, sin fijar término ni indicar siquiera lo que se proponía realizar, y

Por cuanto, se trata de una apelación que es un remedio que la ley concede contra una sentencia que tiene la presunción de justa para que sea ejercitado de acuerdo con los términos fijados por la propia ley y la mera ignorancia de esos términos no excusa el cumplimiento de los mismos, y

Por cuanto, la ley ordena que cuando una apelación no se perfecciona en tiempo, como no se perfeccionó la establecida en este caso, sea desestimada:

Por tanto, debe desestimarse y se desestima el recurso.